■ DONALD D. ARBITAL, Respondent, v ALLSTATE INSURANCE COMPANY, Appellant. [723 NYS2d 386] —In an action to recover damages for breach of an insurance policy, the defendant appeals from a judgment of the Supreme Court, Suffolk County (Dunn, J.), entered March 1, 2000, which, upon a jury verdict, is in favor of the plaintiff and against it in the principal sum of $81,000.

Ordered that the judgment is reversed, on the law, with costs, and a new trial is granted.

The cumulative effect of the trial errors in this case, including the improper restriction of cross-examination, deprived the defendant of a fair trial (*see, Shenorock Shore Club v Rollins Agency*, 270 AD2d 330; *Hill v Arnold*, 226 AD2d 232).

The defendant's remaining contentions are without merit. O'Brien, J. P., Altman, McGinity and H. Miller, JJ., concur.